Date: 10/07/11
Page: 1 of 1

Credit
Acceptance
*We change lives!*

## Transaction Report (Collectible transactions)

Account #: 1-731825
Customer: LEWIS, ROSETTA

Address: 3151 LYNDALE AVE
City: BALTIMORE
State: MD    Zip: 21213

| Date | Description | Sub Type | Reference | Agent | Entered By | Amount | Balance/Total |
|---|---|---|---|---|---|---|---|
| 06/20/11 | NEW CONTRACT | | | | OPERATOR | $20,140.41 | $20,140.41 |
| 06/28/11 | DIRECT PAY PMNT | WU DLR AC | 5592638 | | OPERATOR | ($197.46) | $19,942.95 |
| 07/12/11 | DIRECT PAY PMNT | WU DLR AC | 5705787 | | OPERATOR | ($197.46) | $19,745.49 |
| 07/26/11 | DIRECT PAY PMNT | WU DLR AC | 5822078 | | OPERATOR | ($197.46) | $19,548.03 |
| 08/09/11 | DIRECT PAY PMNT | WU DLR AC | 5938237 | | OPERATOR | ($197.46) | $19,350.57 |
| 08/23/11 | DIRECT PAY PMNT | WU DLR AC | 6052828 | | OPERATOR | ($197.46) | $19,153.11 |
| 09/01/11 | TRANSACTION CORRECTION | | | | OPERATOR | $197.46 | $19,350.57 |
| 09/06/11 | DIRECT PAY PMNT | WU DLR AC | 6169519 | | OPERATOR | ($197.46) | $19,153.11 |
| 09/20/11 | DIRECT PAY PMNT | WU DLR AC | 6280223 | | OPERATOR | ($197.46) | $18,955.65 |
| 10/04/11 | DIRECT PAY PMNT | WU DLR AC | 6416945 | | OPERATOR | ($197.46) | $18,758.19 |

[TRANS.REP]