

Understanding Bankrate's rate averages

© 2011 Bankrate, Inc. All Rights Reserved.    Privacy | Terms of Use