IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| Rosetta Lewis | * | CASE NO. 11-29977-JS |
| | * | Chapter 13 |
| Debtor | * | |

* * * * * * * * * * * * *

| | |
|---|---|
| Rosetta Lewis | * |
| 3151 Lyndale Avenue | * |
| Baltimore, MD 21213 | * |
| Debtor/Movant | * |
| v. | * |
| CREDIT ACCEPTANCE CORPORATION | * |
| 21301 Civic Center Drive | * |
| Southfield, MI 48076 | * |
| SERVE ON: Resident Agent | * |
| CSC-Lawyers Incorporating Service Co. | * |
| 7 St. Paul Street | * |
| Suite 1660 | * |
| Baltimore, MD 21202 | * |
| Respondent | * |

* * * * * * * * * * * * *

**NOTICE OF MOTION TO DETERMINE SECURED STATUS OF CLAIM
AND MODIFY RATE OF INTEREST, OF LIEN HELD BY
CREDIT ACCEPTANCE CORPORATION AGAINST A TRUCK
AND NOTICE OF HEARING THEREON**

     Rosetta Lewis, debtor, has filed papers with the Court seeking modification of the lien held by Credit Acceptance Corporation, against the debtor's 2006 Hyundai Santa Fe truck VIN KM8SC73D56U038800 pursuant to 11 U.S.C. §§ 506(a) and 1322(b) and Rule 3012 of the Federal Rules of Bankruptcy Procedure through the reduction of the contractual interest rate of 23.99% to 4.25% and the consequent reduction of the contractual monthly payment of $394.91 to a 60-month payment of $347.58 on the secured debt against the vehicle of $18,758.19. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion avoiding the lien, or if you want the court to consider your views on the motion, then by **November 14, 2011**, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy of the response to:

| | |
|---|---|
| Marc R. Kivitz, Esquire | Nancy Spencer Grigsby, Chapter 13 Trustee |
| Suite 1330 | Suite 501, Tower II |
| 201 N. Charles Street | 100 South Charles Street |
| Baltimore, MD 21201 | Baltimore, MD 21201-2721 |

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for **Friday, December 2, 2011, at 10:00 a.m. in Courtroom 9C**, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, MD 21201.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

| | |
|---|---|
|     10/11/11 | /s/ Marc R. Kivitz |
| Date | Marc R. Kivitz |
| | Trial Bar No. 02878 |
| | Suite 1330 |
| | 201 North Charles Street |
| | Baltimore, MD 21201 |
| | (410) 625-2300 |
| | Facsimile: 410-576-0140 |
| | Email: mkivitz@aol.com |
| | Attorney for debtor/movant |

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 11th day of October, 2011, a copy of the foregoing notice was served pursuant to Federal Bankruptcy Rule 7004 electronically or by first class mail, postage prepaid, to:

| | |
|---|---|
| Mark A. Neal, Esquire | Nancy Spencer Grigsby, Chapter 13 Trustee |
| Assistant U.S. Trustee | Suite 501, Tower II |
| Suite 2625, 101 W. Lombard St. | 100 South Charles Street |
| Baltimore, MD 21201 | Baltimore, MD 21201-2721 |
| | |
| Credit Acceptance Corporation | Rosetta Lewis |
| 21301 Civic Center Drive | 3151 Lyndale Avenue |
| Southfield, MI 48076 | Baltimore, MD 21213 |

3

Credit Acceptance Corporation  Credit Acceptance Corporation
c/o Resident Agent  25505 W. 12 Mile Road
CSC-Lawyers Incorporating Service Co.  Suite 3000
7 St. Paul Street, Suite 1660  Southfield, MI 48034
Baltimore, MD 21202

/s/ Marc R. Kivitz
Marc R. Kivitz

motions:1lewis rosetta CREDIT ACCEPT notice