

**JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| ROSETTA LEWIS | * | Case No.    11-29977 |
| | * | Chapter    13 |
| Debtor | * | |
| ****************************** | * | |
| ROSETTA LEWIS | * | |
| | * | |
| Movant | * | |
| vs. | * | |
| CREDIT ACCEPTANCE CORPORATION | * | |
| | * | |
| Respondent | * | |

## ORDER MODIFYING INTEREST RATE

Upon consideration of the amended motion of Rosetta Lewis, debtor, for the determination of the status of the claim held by Credit Acceptance Corporation, respondent, against a 2006 Hyundai Santa Fe VIN KM8SC73D56U038800 and for the modification of the interest rate payable to the respondent, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. sec 506, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the interest upon the Respondent's Claim shall be paid at the interest rate of 4.25%.

**cc:**

Marc R. Kivitz, Esquire
Suite 1330
201 North Charles Street
Baltimore, MD 21201

Mark A. Neal, Esquire
Assistant U.S. Trustee
Suite 2625, 101 W. Lombard St.
Baltimore, MD 21201

Nancy Spencer Grigsby
Chapter 13 Trustee
Suite 501, Tower II
100 South Charles Street
Baltimore, MD 21201-2721

Nancy Spencer Grigsby
Chapter 13 Trustee
4201 Mitchellville Rd. Ste 401
Bowie, MD 20716

Credit Acceptance Corporation
ATTN: Ms. Shannon Wood
Bankruptcy Coordinator
25505 W. 12 Mile Road
Suite 3000
Southfield, MI 48034

Credit Acceptance Corporation
21301 Civic Center Drive
Southfield, MI 48076

Credit Acceptance Corporation
c/o Resident Agent
CSC-Lawyers Incorporating Service Co.
7 St. Paul Street
Suite 1660
Baltimore, MD 21202

**END OF ORDER**